# UNITED STATES
### v.
## WHITMORE KNAGGS

1811

### JOURNAL ENTRIES

1. Indictment presented and filed . . . . . *Journal, infra,* *p. 346
2. Opinion, etc., ordered transmitted . . . . . . . " 367

3. Plea; issue; jurors; verdict . . . . . . *Journal, infra,* *p. 382
4. Continuance . . . . . . . . . . " 393
5. Identity of papers transmitted . . . . . . . . " 413

### Papers in File

1. Record of preliminary hearing . . . . . . . *Printed in Vol. 2*
2. Opinion on preliminary hearing . . . . . . . "
3. Recognizance of witnesses . . . . . . . "
4. Indictment . . . . . . . . . . . "